# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

RAYMOND E. BUTLER, II

v.

ELI JACKFINN EDDI, et. al.

Case No. 2:24-cv-00134
Hon. Paul L. Maloney

TO: AARON COHEN
ADDRESS:

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
   113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
THE MICHIGAN LAW FIRM, PC
RACINE M. MILLER (P72612)
135 N. Old Woodward Ave., Suite 270
Birmingham, MI 48009

CLERK OF COURT



8/8/2024
By: Deputy Clerk           Date

---

## PROOF OF SERVICE

This summons for _____AARON COHEN_____ was received by me on _____.
        (name of individual and title, if any)         (date)

☐ I personally served the summons on the individual at _____
on _____.         (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
        (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
        (date)

☐ I served the summons on _____, who is designated by law to accept service
        (name of individual)
of process on behalf of _____ on _____.
        (name of organization)         (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
*Server's signature*

Additional information regarding attempted service, etc.:

_____
*Server's printed name and title*

_____
*Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

RAYMOND E. BUTLER, II

v.

ELI JACKFINN EDDI, et. al.

Case No. 2:24-cv-00134
Hon. Paul L. Maloney

TO: ALAN GREEN
ADDRESS:

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
   113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
THE MICHIGAN LAW FIRM, PC
RACINE M. MILLER (P72612)
135 N. Old Woodward Ave., Suite 270
Birmingham, MI 48009

CLERK OF COURT



8/8/2024

By: Deputy Clerk          Date

---

## PROOF OF SERVICE

This summons for _____ALAN GREEN_____ was received by me on _____.
(name of individual and title, if any)        (date)

☐ I personally served the summons on the individual at _____
(place where served)
on _____.
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)      (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

    My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
*Server's signature*

Additional information regarding attempted service, etc.:

_____
*Server's printed name and title*

_____
*Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

RAYMOND E. BUTLER, II

v.

ELI JACKFINN EDDI, et. al.

Case No. 2:24-cv-00134
Hon. Paul L. Maloney

TO: ARON STANTON
ADDRESS:

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
   113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
THE MICHIGAN LAW FIRM, PC
RACINE M. MILLER (P72612)
135 N. Old Woodward Ave., Suite 270
Birmingham, MI 48009

CLERK OF COURT



8/8/2024

By: Deputy Clerk     Date

---

## PROOF OF SERVICE

This summons for _____ARON STANTON_____ was received by me on _____.
    (name of individual and title, if any)     (date)

☐ I personally served the summons on the individual at _____
on _____.     (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
    (date)

☐ I served the summons on _____, who is designated by law to accept service
    (name of individual)
of process on behalf of _____ on _____.
    (name of organization)     (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

   My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

Additional information regarding attempted service, etc.:

_____
*Server's printed name and title*

_____
*Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

RAYMOND E. BUTLER, II

v.

ELI JACKFINN EDDI, et. al.

Case No. 2:24-cv-00134
Hon. Paul L. Maloney

TO: BARRY ANTEBI
ADDRESS:

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
   113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
THE MICHIGAN LAW FIRM, PC
RACINE M. MILLER (P72612)
135 N. Old Woodward Ave., Suite 270
Birmingham, MI 48009

CLERK OF COURT



8/8/2024

By: Deputy Clerk                           Date

---

## PROOF OF SERVICE

This summons for _____BARRY ANTEBI_____ was received by me on _____.
            (name of individual and title, if any)             (date)

☐ I personally served the summons on the individual at _____
                                                                                                             (place where served)
on _____.
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                         (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                (date)

☐ I served the summons on _____, who is designated by law to accept service
                                  (name of individual)
of process on behalf of _____ on _____.
                                (name of organization)                     (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

   My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
*Server's signature*

Additional information regarding attempted service, etc.:

_____
*Server's printed name and title*

_____
*Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

RAYMOND E. BUTLER, II

v.

ELI JACKFINN EDDI, et. al.

Case No. 2:24-cv-00134
Hon. Paul L. Maloney

TO: CHAIM RAJCHENBACH
ADDRESS:

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
THE MICHIGAN LAW FIRM, PC
RACINE M. MILLER (P72612)
135 N. Old Woodward Ave., Suite 270
Birmingham, MI 48009

CLERK OF COURT

8/8/2024

By: Deputy Clerk                                        Date

---

## PROOF OF SERVICE

This summons for _____CHAIM RAJCHENBACH_____ was received by me on _____.
(name of individual and title, if any)                                          (date)

☐ I personally served the summons on the individual at _____
                                                        (place where served)
on _____.
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                          (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)                  (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

RAYMOND E. BUTLER, II

v.

ELI JACKFINN EDDI, et. al.

Case No. 2:24-cv-00134
Hon. Paul L. Maloney

TO: COLMAN GINSPARG
ADDRESS:

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
   113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
THE MICHIGAN LAW FIRM, PC
RACINE M. MILLER (P72612)
135 N. Old Woodward Ave., Suite 270
Birmingham, MI 48009

CLERK OF COURT

8/8/2024

By: Deputy Clerk              Date

---

## PROOF OF SERVICE

This summons for _____COLMAN GINSPARG_____ was received by me on _____.
(name of individual and title, if any)        (date)

☐ I personally served the summons on the individual at _____
on _____.            (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)           (date)

☐ I returned the summons unexecuted because _____.
☐ Other (specify) _____.

    My fees are $_____ for travel and $_____ for services, for a total of $_____.
I declare under the penalty of perjury that this information is true.
Date:_____

_____
Server's signature

Additional information regarding attempted service, etc.:
_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

RAYMOND E. BUTLER, II

v.

ELI JACKFINN EDDI, et. al.

Case No. 2:24-cv-00134
Hon. Paul L. Maloney

TO: DANIEL BERGMAN
ADDRESS:

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
   113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
THE MICHIGAN LAW FIRM, PC
RACINE M. MILLER (P72612)
135 N. Old Woodward Ave., Suite 270
Birmingham, MI 48009

CLERK OF COURT

8/8/2024
By: Deputy Clerk                           Date

---

## PROOF OF SERVICE

This summons for _____DANIEL BERGMAN_____ was received by me on _____.
                    (name of individual and title, if any)                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                      (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                 (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                           (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)            (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

   My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____              _____
                                 Server's signature

Additional information regarding attempted service, etc.:   _____
                                                            Server's printed name and title

                                                            _____
                                                            Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

RAYMOND E. BUTLER, II

v.

ELI JACKFINN EDDI, et. al.

Case No. 2:24-cv-00134
Hon. Paul L. Maloney

TO: DAVID R. RAANAN
ADDRESS:

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
  107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
  113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
THE MICHIGAN LAW FIRM, PC
RACINE M. MILLER (P72612)
135 N. Old Woodward Ave., Suite 270
Birmingham, MI 48009

CLERK OF COURT



8/8/2024

By: Deputy Clerk      Date

---

## PROOF OF SERVICE

This summons for _____DAVID R. RAANAN_____ was received by me on _____.
(name of individual and title, if any)    (date)

☐ I personally served the summons on the individual at _____
on _____.    (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)    (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

    My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____
                                                     *Server's signature*

Additional information regarding attempted service, etc.:
                                                     *Server's printed name and title*

                                                     *Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

RAYMOND E. BUTLER, II

v.

ELI JACKFINN EDDI, et. al.

Case No. 2:24-cv-00134
Hon. Paul L. Maloney

TO: DORINE MAGENCE
ADDRESS:

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
   113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
THE MICHIGAN LAW FIRM, PC
RACINE M. MILLER (P72612)
135 N. Old Woodward Ave., Suite 270
Birmingham, MI 48009

CLERK OF COURT



8/8/2024

By: Deputy Clerk                          Date

---

## PROOF OF SERVICE

This summons for ____DORINE MAGENCE____ was received by me on _____.
(name of individual and title, if any)           (date)

☐ I personally served the summons on the individual at _____
on _____.   (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)       (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

   My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
*Server's signature*

Additional information regarding attempted service, etc.:

_____
*Server's printed name and title*

_____
*Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

RAYMOND E. BUTLER, II

v.

ELI JACKFINN EDDI, et. al.

Case No. 2:24-cv-00134
Hon. Paul L. Maloney

TO: ELI JACKFINN EDDI
ADDRESS:

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
THE MICHIGAN LAW FIRM, PC
RACINE M. MILLER (P72612)
135 N. Old Woodward Ave., Suite 270
Birmingham, MI 48009

CLERK OF COURT

8/8/2024

By: Deputy Clerk                    Date

---

## PROOF OF SERVICE

This summons for _____ELI JACKFINN EDDI_____ was received by me on _____.
(name of individual and title, if any)                           (date)

☐ I personally served the summons on the individual at _____
on _____.                                        (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                    _____
                                          Server's signature

Additional information regarding attempted service, etc.:    _____
                                                              Server's printed name and title

                                                              _____
                                                              Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

RAYMOND E. BUTLER, II

v.

ELI JACKFINN EDDI, et. al.

Case No. 2:24-cv-00134
Hon. Paul L. Maloney

TO: ELLOIT E. ANTEBEI
ADDRESS:

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
   113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
THE MICHIGAN LAW FIRM, PC
RACINE M. MILLER (P72612)
135 N. Old Woodward Ave., Suite 270
Birmingham, MI 48009

CLERK OF COURT

8/8/2024

By: Deputy Clerk                                          Date

---

## PROOF OF SERVICE

This summons for _____ELLOIT E. ANTEBEI_____ was received by me on _____.
(name of individual and title, if any)                                             (date)

☐ I personally served the summons on the individual at _____
on _____.                                       (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                           (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)                 (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

   My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____                          _____
                                                  Server's signature

Additional information regarding attempted service, etc.:   _____
                                                            Server's printed name and title

                                                            _____
                                                            Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

RAYMOND E. BUTLER, II

v.

ELI JACKFINN EDDI, et. al.

Case No. 2:24-cv-00134
Hon. Paul L. Maloney

TO: ERIC ROTHNER
ADDRESS:

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
THE MICHIGAN LAW FIRM, PC
RACINE M. MILLER (P72612)
135 N. Old Woodward Ave., Suite 270
Birmingham, MI 48009

CLERK OF COURT

8/8/2024
By: Deputy Clerk                                     Date

---

## PROOF OF SERVICE

This summons for _____ERIC ROTHNER_____ was received by me on _____.
    (name of individual and title, if any)                                      (date)

☐ I personally served the summons on the individual at _____
on _____.                                           (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                         (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                            (name of organization)                      (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                         _____
                                                 Server's signature

Additional information regarding attempted service, etc.:   _____
                                                             Server's printed name and title

                                                             _____
                                                             Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

RAYMOND E. BUTLER, II

v.

ELI JACKFINN EDDI, et. al.

Case No. 2:24-cv-00134
Hon. Paul L. Maloney

TO: GARRY CHANKIN
ADDRESS:

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
   113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
THE MICHIGAN LAW FIRM, PC
RACINE M. MILLER (P72612)
135 N. Old Woodward Ave., Suite 270
Birmingham, MI 48009

CLERK OF COURT

8/8/2024

By: Deputy Clerk            Date

---

## PROOF OF SERVICE

This summons for _____GARRY CHANKIN_____ was received by me on _____.
(name of individual and title, if any)         (date)

☐ I personally served the summons on the individual at _____
on _____.
(date)       (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)     (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

    My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

Additional information regarding attempted service, etc.:

_____
*Server's printed name and title*

_____
*Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

RAYMOND E. BUTLER, II

v.

ELI JACKFINN EDDI, et. al.

Case No. 2:24-cv-00134
Hon. Paul L. Maloney

TO: HAROLD KATZ
ADDRESS:

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
THE MICHIGAN LAW FIRM, PC
RACINE M. MILLER (P72612)
135 N. Old Woodward Ave., Suite 270
Birmingham, MI 48009

CLERK OF COURT

8/8/2024

By: Deputy Clerk                                          Date

## PROOF OF SERVICE

This summons for __HAROLD KATZ__ was received by me on _____.
(name of individual and title, if any)                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                             (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                            (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)      (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

RAYMOND E. BUTLER, II

Case No. 2:24-cv-00134
Hon.     Paul L. Malony

v.

TO: IIANA FINN EDDI
ADDRESS:

ELI JACKFINN EDDI, et. al.

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
   113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
THE MICHIGAN LAW FIRM, PC
RACINE M. MILLER (P72612)
135 N. Old Woodward Ave., Suite 270
Birmingham, MI 48009

CLERK OF COURT



8/8/2024

By: Deputy Clerk                                                Date

---

## PROOF OF SERVICE

This summons for _____IIANA FINN EDDI_____ was received by me on _____.
                    (name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
                                                         (place where served)
on _____.
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                           (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)                (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____                    _____
                                          Server's signature

Additional information regarding attempted service, etc.:    _____
                                                              Server's printed name and title

                                                              _____
                                                              Server's address