# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

**Raymond E. Butler, II**
    Plaintiff(s),

vs.

**Eli Jackfinn Eddi, et al.**
    Defendant(s),

Case No.: **2:24-CV-00134**

**AFFIDAVIT OF SERVICE**

I, **Kurt Sederman**, declare and state as follows:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. The following are the results of my efforts to serve process in the above captioned case.

Type of Process: **Letter Dated August 9, 2024, Summons in a Civil Action and Plaintiff's Verified Complaint**

Defendant to be served: **Harold Katz**

Address where served: **2723 West Touhy Avenue, Chicago, IL 60645**

On **August 16, 2024** at **11:50 AM**, I served the within named defendant in the following manner:

**INDIVIDUAL SERVICE:** By delivering a copy of this process to the within named defendant personally.

Description of person process was left with:

Sex: **Male** - Race: **White** - Hair: **Gray** - Approx. Age: **55** - Height: **5ft 10in** - Weight: **190**

Comments: Signature and date of birth refused.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

X_____
**Kurt Sederman**

Date Signed: 08/16/2024

Job: 652636
File: Butler Trust Matter