# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

**Raymond E. Butler, II**
        Plaintiff(s),

vs.

**Eli Jackfinn Eddi, et al.**
        Defendant(s),

Case No.: **2:24-CV-00134**

**AFFIDAVIT OF ATTEMPTED SERVICE**

---

I, **Jennifer Cecil**, declare and state as follows:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. The following are the results of my efforts to serve process in the above captioned case.

Type of Process: **Letter Dated August 9, 2024, Summons in a Civil Action and Plaintiff's Verified Complaint**

Defendant to be served: **Mr. Chaim Rajchenbach**

Address where attempted: **3450 Oakton Street, Skokie, IL 60076**

**NON-SERVICE:** I have been unable to effect service of the within defendant for the reason(s) indicated below:

| Date/Time | Remarks |
| --- | --- |
| 08/15/2024 12:46 PM | Mr. Chaim is currently out of town per reception, they do not know when he will be back. |
| 08/22/2024 12:12 PM | No contact made, recipient out of town. |
| 08/29/2024 12:05 PM | Receptionist Caroline stated Mr. Chaim is still out of the country. I was unable to reach the recipient. |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

x _____
Jennifer Cecil
Date Signed: 08/31/2024

Job: 652628
File: Butler Trust Matter