UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

RAYMOND E. BUTLER, II,

       Plaintiff,

v

ELI JACKFINN EDDI a/k/a ELY EDDI,
IIANA FINN EDDI, DORINE MAGENCE,
MANUEL MAGENCE, JEFFREY K.
GUTMAN, NACHSHON DRAIMAN,
WILLIAM KANTER, JOEL S. ROTHMAN,
MOSHE SOLOVEICHIK, ALAN GREEN,
JERRY CHERNEY, SHMUEL FUERST,
HAROLD KATZ, SAMUEL MASLATON,
DANIEL BERGMAN, IRVING BIRNBAUM,
ARON STANTON, CHAIM
RAJCHENBACH, MENACHEM SHABAT,
ERIC ROTHNER, COLMAN GINSPARG,
JAMES MAINZER, MARSHALL K.
BROWN, JEFFREY FINN, AARON
COHEN, GARRY CHANKIN, NANCY
ROSEN, MARK ANTEBI, BARRY
ANTEBI, DAVID R. RAANAN, and ELLIOT
E. ANTEBEL

       Defendants.            /

Case No.: 2:24-CV-00134-PLM-MV
Hon. Paul L. Maloney

## APPERANCE AND NOTICE

TO:   THE CLERK OF THE COURT

      **PLEASE ENTER** the appearance of the undersigned as attorney for Defendant,

STANTON ARON, in the above matter.

/s/ *Richard J. Suhrheinrich*
_____
RICHARD J. SUHRHEINRICH (P47110)

Kitch Attorneys &
Counselors, PC
2379 WOODLAKE DRIVE,
SUITE 400
OKEMOS, MICHIGAN
48864-6032

(517) 381-4426

TO:    COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that I have caused my appearance to be entered for

Defendant, STANTON ARON, in the above matter.

Respectfully submitted,

Kitch Attorneys & Counselors, PC

/s/ *Richard J. Suhrheinrich*

By: _____

RICHARD J. SUHRHEINRICH (P47110)
Attorney for Defendant Stanton Aron
2379 Woodlake Drive, Suite 400
Okemos, MI 48864-6032
(517) 381-7181
richard.suhrheinrich@kitch.com

Dated: September 19, 2024
LAN: 268576

**PROOF OF SERVICE**

The undersigned hereby declares that she served a true copy of the foregoing
Document upon all attorneys of record at their respective addresses on file via M/File/E-File and/or E-Mail
on September 19, 2024

*Nicole Wesaw*
_____
Nicole Wesaw

Kitch Attorneys &
Counselors, PC
2379 WOODLAKE DRIVE,
SUITE 400
OKEMOS, MICHIGAN
48864-6032

(517) 381-4426