## IN THE UNITED STATES DISTRICT COURT
## IN THE WESTERN DISTRICT OF MICHIGAN

RAYMOND E. BUTLER, II,

                         Case No. 24-cv-00134

       Plaintiff,             Hon. Paul L. Maloney

v.                         Magistrate Judge Maarten Vermaat

ELI JACKFINN EDDI a/k/a ELY EDDI, ILANA FINN EDDI, DORINE
MAGENCE, MANUEL MAGENCE, JEFFREY K. GUTMAN,
NACHSHON DRAIMAN, WILLIAM KANTER, JOEL S. ROTHMAN,
MOSHE SOLOVEICHIK, ALAN GREEN, JERRY CHERNEY, SHMUEL
FUERST, HAROLD KATZ, SAMUEL MASLATON, DANIEL BERGMAN,
IRVING BIRNBAUM, ARON STANTON, CHAIM RAJCHENBACH, RIVKA
RAJCHENBACH, AVRUM RAJCHENBACH, MENACHEM SHABAT, AHUVA
SHABAT, RONALD SHABAT, ERIC ROTHNER, COLMAN GINSPARG,
JAMES MAINZER, MARSHALL K. BROWN, JEFFREY FINN, MEIR "AARON"
COHEN, GARRY CHANKIN, NANCY ROSEN, MARK ANTEBI, BARRY
ANTEBI, DAVID R. RAANAN, and ELLIOT E. ANTEBEI.

       Defendants.
_____

## SUPPLEMENTAL EXHIBIT IN SUPPORT OF
## PLAINTIFF'S RENEWED MOTION TO LIFT STAY

**Exhibit 1 – 2/7/25 Signed Order Denying Summary Judgment In Illinois Case**

                    Respectfully submitted,

                    THE MICHIGAN LAW FIRM, PC

                    /s/ RACINE M. MILLER
                    RACINE M. MILLER (P72612)
                    Attorneys for Plaintiff

Dated: February 10, 2025

## CERTIFICATE OF SERVICE

The undersigned certifies that on ___2.10.25___ the foregoing instrument
was served upon all parties to the above cause to each of the attorneys of
record herein at their respective addresses disclosed on the pleadings.

By      ___ Overnight Courier          ___ Fax               ___ E-mailed

         ___ Hand Delivered            ___ U.S. Mail         _X_ E-filed

         ___ Certified Mail            ___ Scanned           ___ Other

Signature:  __/s/ Josh Freedman

# Exhibit 1

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

Raymond E. Butler II,

           Plaintiff,

        v.

Illana Eddi, *et al.*,

           Defendants.

Case No. 2022-CH-00675

Judge Allen P. Walker

Calendar 3

Courtroom 2402

**Order**

This cause coming to be heard on Plaintiff's Motion for Leave to file Supplemental Affidavit, **IT IS HEREBY ORDERED:**

1) Motion for Summary Judgment is denied.

2) Motion for Leave to Amend Affidavit is denied.

3) Fact/F1 discovery to be completed by 4/14/2025.

4) Parties shall disclose 213(f)(2)/(f)(3) witnesses by 5/23/2025.

5) Parties shall depose 213(f)(2)/(f)(3) by 7/31/2025.

6) Parties shall disclose rebuttal witnesses by 8/29/2025.

7) Status set for 4/10/2025 at 10:00 a.m. via Zoom Meeting ID: 955 0046 1687; Passcode: 640378; Dial-in Number: (312) 626-6799

8) Pretrial 10/27/2025 at 10:00 a.m. in person

9) Trial 11/3/2025 – 11/7/2025 at 11:00 a.m. in person

Prepared by:

Michael Haeberle
Jordan Matyas
Patterson Law Firm, LLC
200 W. Monroe Street, Suite 2025
Chicago, Il 60606

ENTERED:

Judge Allen P. Walker

Associate Judge
Allen Price Walker

FEB 07 2025

Circuit Court-2071

mhaeberle@pattersonlawfirm.com
jordan@1818legal.com
Firm ID# 45052
Attorney for Plaintiff