## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| RAYMOND E BUTLER, II, | Case No. 1:25-cv-04443 |
| Plaintiff, | Hon. Georgia N. Alexakis |
| v. | |
| ELI JACKFINN EDDI a/k/a ELY EDDI, ILANA FINN EDDI, DORINE MAGENCE, MANUEL MAGENCE, JEFFREY K. GUTMAN, NACHSHON DRAIMAN, WILLIAM KANTER, JOEL S. ROTHMAN, MOSHE SOLOVEICHIK, ALAN GREEN, JERRY CHERNEY, SHMUEL FUERST, HAROLD KATZ, SAMUEL MASLATON, DANIEL BERGMAN, IRVING BIRNBAUM, ARON STANTON, CHAIM RAJCHENBACH, RIVKA RAJCHENBACH, AVRUM RAJCHENBACH, MENACHEM SHABAT, AHUVA SHABAT, RONALD SHABAT, ERIC ROTHNER, COLMAN GINSPARG, JAMES MAINZER, MARSHALL K. BROWN, JEFFREY FINN, MEIR "AARON" COHEN, GARRY CHANKIN, NANCY ROSEN, MARK ANTEBI, BARRY ANTEBI, DAVID R. RAANAN, and ELLIOT E. ANTEBEI. | |
| Defendants. | |

## NOTICE OF APPEAL AS A MATTER OF RIGHT

Notice is hereby given that Raymond E. Butler II, the Plaintiff in the above-captioned case, hereby appeals as a matter of right to the United States Court of Appeals for the Seventh Circuit from the Order of the United States District Court for the Seventh Circuit, entered on July 30, 2025 which denied the Verified Ex Parte Emergency Motion to Vacate Stay, Vacate Protective Order, Freeze Trust Assets and Appoint Neutral Fiduciary to Preserve Trust Res.

This appeal is timely filed pursuant to Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure, which requires that a notice of appeal be filed within 30 days of the entry of the order appealed from.

Jurisdiction is proper in the United States Court of Appeals for the Seventh Circuit under Rule 3(a) of the Federal Rules of Appellate Procedure, as the filing of this notice of appeal vests jurisdiction in the appellate court.

                    Respectfully submitted,

/s/ _____
    Katherine A. London
    Co-counsel for Plaintiff

Dated: July 30, 2025

Katherine A. London
Atty No.: 102500
100 Illinois St. Suite 200
Saint Charles, IL. 60174
630-507-9998
klondon@kmfllaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on 7/30/25 I served a true and correct copy of the foregoing Notice of Appeal on all parties of record in accordance with Rule 25 of the Federal Rules of Appellate Procedure.

/s/ _____
    Katherine A. London
    Co-counsel for Plaintiff

Katherine A. London
Atty No.: 102500
100 Illinois St. Suite 200
Saint Charles, IL. 60174
630-507-9998
klondon@kmfllaw.com