IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAYMOND E BUTLER, II, | Case No. 1:25-cv-04443 |
| Plaintiff, | Hon. Georgia N. Alexakis |
| v. | |
| ELI JACKFINN EDDI a/k/a ELY EDDI, ILANA FINN EDDI, DORINE MAGENCE, MANUEL MAGENCE, JEFFREY K. GUTMAN, NACHSHON DRAIMAN, WILLIAM KANTER, JOEL S. ROTHMAN, MOSHE SOLOVEICHIK, ALAN GREEN, JERRY CHERNEY, SHMUEL FUERST, HAROLD KATZ, SAMUEL MASLATON, DANIEL BERGMAN, IRVING BIRNBAUM, ARON STANTON, CHAIM RAJCHENBACH, RIVKA RAJCHENBACH, AVRUM RAJCHENBACH, MENACHEM SHABAT, AHUVA SHABAT, RONALD SHABAT, ERIC ROTHNER, COLMAN GINSPARG, JAMES MAINZER, MARSHALL K. BROWN, JEFFREY FINN, MEIR "AARON" COHEN, GARRY CHANKIN, NANCY ROSEN, MARK ANTEBI, BARRY ANTEBI, DAVID R. RAANAN, and ELLIOT E. ANTEBEI. | |
| Defendants. | |

**APPLICATION FOR ENTRY OF DEFAULT OF DEFENDANT ERIC ROTHNER**

NOW COMES the Plaintiff, RAYMOND E. BUTLER, II, by and through his attorneys, Katherine A. London, and in accordance with Fed. R. Civ. P. 55(a), Plaintiff hereby requests an Entry of Default be entered against Defendant Eric Rothern for failure to plead or otherwise defend.

In furtherance of this Application for Entry of Default, the Summons and Complaint was served on Defendant Eric Rothner on September 23, 2024 at 3176 Niles Road, Saint Joseph, MI 49085 by personal service in accordance with Fed. R. Civ. P. 4(e)(2)(B). (PageID #768). The Defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12. Upon

information and belief, the Defendant is not an infant, incompetent person or a member of the military service.

Dated: August 8, 2025

                                          Respectfully submitted,

/s/ _____
                                          Katherine A. London
                                          Attorney for Plaintiff

Katherine A. London
Atty No.: 6345920
100 Illinois St. Suite 200
Saint Charles, IL. 60174
630-507-9998
klondon@kmfllaw.com

## PROOF OF SERVICE

      I, Katherine A. London, certify that on August 8, 2025, I filed and served the Application for Entry of Default Judgement as addressed above, by the following method:

      Efile through the CF/ECF Pacer electronic filing system.

/s/ _____
                                          Katherine A. London
                                          Attorney for Plaintiff