# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RAYMOND E. BUTLER, II, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-04443 |
| | ) | |
| v. | ) | Hon. Georgia N. Alexakis |
| | ) | |
| ELI JACKFINN EDDI a/k/a ELY EDDI, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF DANIEL GARDEN IN SUPPORT OF DEFENDANTS CHAIM
RAJCHENBACH AND MENACHEM SHABAT'S OPPOSITION TO PLAINTIFF'S
MOTION TO VACATE STAY, VACATE PROTECTIVE ORDER, FREEZE TRUST
ASSETS AND APPOINT NEUTRAL FIDUCIARY**

I, Daniel Garden, declare as follows:

1.      I have personal knowledge of the facts set forth herein. If called as a witness, I could and would testify under oath to the facts set forth below.

2.      I am the General Counsel for Legacy Healthcare Financial Services, LLC ("Legacy Healthcare").

3.      I have been General Counsel for Legacy Healthcare since 2012.

4.      Legacy Healthcare was founded by Chaim Rajchenbach and Menachem Shabat in 2008.

5.      Legacy Healthcare specializes in managing skilled nursing home facilities, with a portfolio of nearly 100 facilities across three states. In addition to its own employees, Legacy Healthcare directs and oversees the work of hundreds of employees employed by the facilities it manages.

6.      I also serve as General Counsel to Cascade Capital Group, LLC ("Cascade

1

Capital").

7. In 2016, the principals of Legacy Healthcare formed Cascade Capital. Cascade Capital is a healthcare real estate investment company focused on the acquisition of skilled nursing, rehabilitation, post-acute, transitional care, and assisted-living facilities to lease to quality tenant operators who demonstrate a commitment to outstanding care and personal service. Many of the facilities acquired by Cascade Capital are then managed by Legacy Healthcare.

8. In my role, I am familiar with Legacy Healthcare's business operations, the management of its skilled nursing facilities, and the ownership of the skilled nursing facilities it operates. Since joining Legacy Healthcare, I have created, assisted in creating, and managed every limited liability company formed or managed by the organization.

9. I am also familiar with the requirements for reporting the ownership and management structure of such facilities to regulatory authorities.

10. I am also familiar with the GPN Family Trust U/A/D 4/28/08, established for the benefit of Chaim Rajchenbach's family, and the Doros Generation Trust U/A/D 1/3/12, established for the benefit of Menachem Shabat's family, because entities associated with them or other affiliated entities own the operations of many of the skilled nursing facilities that Legacy operates.

11. Raymond Butler II has never been a beneficiary or trustee of the GPN Family Trust U/A/D 4/28/08 or Doros Generation Trust U/A/D 1/3/12.

12. Neither Jack Finn nor any of the trusts he established, including the Jack Finn Irrevocable Trust, have ever been a beneficiary or trustee of the GPN Family Trust U/A/D 4/28/08 or Doros Generation Trust U/A/D 1/3/12.

13. At all relevant times hereto, Legacy Healthcare manages, or has managed, nearly all of the skilled nursing facilities listed in Exhibits 1 and 2 to Plaintiff's Motion to Vacate Stay,

2

Vacate Protective Order, Freeze Trust Assets, and Appoint Neutral Fiduciary (the "Motion"). Legacy Healthcare also formed nearly all of the entities listed as operators in Exhibits 1 and 2.

14. The operations of each of the nursing homes identified in Exhibits 1 and 2 to Plaintiff's Motion were, during the relevant period, owned by entities associated with the GPN Family Trust U/A/D 4/28/08, the Doros Generation Trust U/A/D 1/3/12, or other affiliated entities.

15. Since joining Legacy Healthcare, I have been personally involved in nearly all, if not all, acquisitions of these operations by entities associated with the GPN Family Trust U/A/D 4/28/08, the Doros Generation Trust U/A/D 1/3/12, or other affiliated entities.

16. At all times that Legacy Healthcare managed the facilities identified in Exhibits 1 and 2 to Plaintiff's Motion, the operations were owned by entities associated with the GPN Family Trust U/A/D 4/28/08, the Doros Generation Trust U/A/D 1/3/12, or other affiliated entities.

17. I have never heard of or seen a record of a separate, but similarly named, "GPN Family Trust" established by Jonas Neufeld, Jack Finn, Raymond Butler, or anyone else.

18. In the time I have been General Counsel at Legacy Healthcare and during all times while Legacy Healthcare has managed the facilities identified in Exhibits 1 and 2 to Plaintiff's motion, no other "GPN Family Trust" has ever owned, managed, or operated these facilities, nor have Jonas Neufeld, Jack Finn, Raymond Butler, or any entity or trust associated with them, ever owned, managed, or operated these facilities.

19. I have never heard of or seen a record of a separate, but similarly named, "Doros Generation Trust" established by Jonas Neufeld, Jack Finn, Raymond Butler, or anyone else.

20. In the time I have been General Counsel at Legacy Healthcare and during all times while Legacy Healthcare has managed the facilities identified in Exhibits 1 and 2 to Plaintiff's motion, no other "Doros Generation Trust" has ever owned, managed, or operated these facilities,

3

nor have Jonas Neufeld, Jack Finn, Raymond Butler, or any entity or trust associated with them, ever owned, managed, or operated these facilities.

21.     In 2011, Grove at the Lake Realty, LLC, a Delaware LLC associated with Chaim Rajchenbach and Menachem Shabat and formed in July 2011 for an acquisition, acquired the operations of a single nursing home, the Grove at the Lake, that was partially owned by the Jack Finn Revocable Trust.

22.     Pursuant to a seller's note, payments were later made by the GPN Family Trust U/A/D 4/28/08 and Doros Generation Trust U/A/D 1/3/12 to the Jack Finn Revocable Trust.

23.     I am not aware of any other transactions between, on the one hand, entities associated with the GPN Family Trust U/A/D 4/28/08, Doros Generation Trust U/A/D 1/3/12, or other affiliated entities, and, on the other hand, Jonas Neufeld, Jack Finn, Raymond Butler, or any entities or trusts created by them.

24.     Information showing the skilled nursing facility operations owned by entities associated with the GPN Family Trust U/A/D 4/28/08, Doros Generation Trust U/A/D 1/3/12, or other affiliated entities, and how long they have owned them, is publicly available.

25.     Specifically, the Centers for Medicare & Medicaid Services ("CMS") website https://www.medicare.gov/care-compare/?providerType=NursingHome (the "CMS Website") shows the operations ownership and management information for skilled nursing facilities, including how long the listed entities have owned the operations or managed the facilities.

26.     For example, the CMS Website shows the following:

   a. Northbrook Skilled Nursing Facility LLC (the "Grove of Northbrook") has been owned by entities associated with the GPN Family Trust U/A/D 4/28/08, Doros Generation Trust U/A/D 1/3/12, or other affiliated entities since May 3, 2017 and has been operated by Legacy since November 17, 2017:

4

Owners and managers of Grove of Northbrook,the

OWNER
5% or greater direct ownership interest

| | |
|---|---|
| DOROS GENERATION TRUST U/A/D 1/3/12 (50%) | since 05/03/2017 |
| GPN FAMILY TRUST U/A/D 04/28/08 (50%) | since 05/03/2017 |

OPERATIONAL/MANAGERIAL CONTROL

| | |
|---|---|
| LEGACY HEALTHCARE FINANCIAL SERVICES LLC | since 11/07/2017 |

This screenshot, taken on August 11, 2025, is a true and accurate statement of the operations ownership and management information for the Grove of Northbrook. A full copy of this page is attached to my declaration as Exhibit A.

b. Skokie Skilled Nursing Facility, LLC (the "Grove of Skokie") has been owned by entities associated with the GPN Family Trust U/A/D 4/28/08, Doros Generation Trust U/A/D 1/3/12, or other affiliated entities since May 3, 2017 and has been operated by Legacy since November 7, 2017:

Owners and managers of Grove of Skokie, The

OWNER
5% or greater direct ownership interest

| | |
|---|---|
| DOROS GENERATION TRUST U/A/D 1/3/12 (50%) | since 05/03/2017 |
| GPN FAMILY TRUST U/A/D 04/28/08 (50%) | since 05/03/2017 |

OPERATIONAL/MANAGERIAL CONTROL

| | |
|---|---|
| LEGACY HEALTHCARE FINANCIAL SERVICES LLC | since 11/07/2017 |

This screenshot, taken on August 11, 2025, is a true and accurate statement of the operations ownership and management information for the Grove of Skokie. A full copy of this page is attached to my declaration as Exhibit B.

c. Libertyville Skilled Nursing Facility, LLC ("Avantara Libertyville") has been owned by entities associated with the GPN Family Trust U/A/D 4/28/08, Doros Generation Trust U/A/D 1/3/12, or other affiliated entities since February 1, 2023 and operated by Legacy since February 1, 2023:

Owners and managers of Avantara Libertyville

OWNER
5% or greater direct ownership interest

| | |
|---|---|
| DOROS GENERATION TRUST U/A/D 1/3/12 (26%) | since 02/01/2023 |
| GPN FAMILY TRUST U/A/D 04/28/08 (60%) | since 02/01/2023 |
| OAKWAY OPERATIONS LLC (15%) | since 02/01/2023 |

OPERATIONAL/MANAGERIAL CONTROL

| | |
|---|---|
| LEGACY HEALTHCARE FINANCIAL SERVICES LLC | since 02/01/2023 |

5

> This screenshot, taken on August 11, 2025, is a true and accurate statement of the operations ownership and management information for Avantara Libertyville. A full copy of this page is attached to my declaration as Exhibit C.

27. Information on this CMS website can be changed only by providing CMS with a bill of sale and other documentation to prove a transfer of ownership.

28. This information is also publicly available in a spreadsheet. Exhibit 1 to Plaintiff's motion seems to have been downloaded from, *inter alia,* https:// data.cms.gov/provider-characteristics/hospitals-and-other-facilities/skilled-nursing-facility-all-owners/data.

29. On August 11, 2025, from that same web address, Legacy Healthcare was able to independently download what appears to be the same spreadsheet, a true and correct copy of which is attached to my declaration as Exhibit D, with formatting adjusted to show the same columns in the same order as in Plaintiff's Exhibit 1. In the far-right column, "ASSOCIATION DATE – OWNER," it shows what date the listed owner became the owner. Each of the listed facilities has been owned by entities associated with the GPN Family Trust U/A/D 4/28/08, Doros Generation Trust U/A/D 1/3/12, or other affiliated entities since at least 2023. A large portion of these assets have been owned for years before that by entities associated with the GPN Family Trust U/A/D 4/28/08, Doros Generation Trust U/A/D 1/3/12, or other affiliated entities.

30. The five facilities highlighted in blue on Plaintiff's Exhibit 2 as supposedly "present" in September 2022 but "not present" in June 2025 had deactivated their Medicare billing privileges prior to 2025. Two were closed by Legacy for business performance reasons (Armour SD Skilled Nursing Facility LLC, Arlington SD Skilled Nursing Facility LLC), two were sold to third parties (Billings Skilled Nursing Facility LLC, Valley Skilled Nursing Facility LLC), and one was leased by Legacy Healthcare until 2022 when it was returned to the owner (Lincolnshire Living & Rehab Center LLC).

31.     The request in Plaintiff's Motion to appoint a fiduciary and prohibit any actions to "transfer[], encumber[], dissipate[], or otherwise affect[] any assets held in or derived from: [GPN Family Trust U/A/D 4/28/08],[Doros Generation Trust U/A/D 1/3/12], [Legacy Healthcare] and [Cascade Capital]" would completely disrupt the nursing home businesses that serve thousands of residents and employs hundreds of employees.

32.     The order would effectively paralyze the businesses operating these facilities, preventing them from making the regular and necessary decisions required to manage and protect the nursing home assets, including those related to patient safety. Transferring control of the skilled nursing facilities operated by Legacy Healthcare to a third-party fiduciary or court receiver would irreparably harm business operations, as it could trigger clauses in contracts with payers that require notice of ownership changes or appointments of receivers like the one sought by Plaintiff, as well re-licensing and issuance of new provider numbers.

33.     I am familiar with the amounts paid to purchase the nursing homes in the portfolio. Given the magnitude of value of the assets and the business, irreparable harm to even a subset of the portfolio could easily cause more than $100 million in damages through diminution of value.

[further declarant sayeth not]

Docusign Envelope ID: 95B7E332-E0E3-4312-AE14-235F2214DAC8

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August __, 2025.

Signed by:

Daniel Garden

232A6C14D1CE499...

# EXHIBIT A

Case: 1:25-cv-04443 Document #: 109-4 Filed: 08/14/25 Page 11 of 21 PageID #:579

Grove of Northbrook,the                                                    ✕

# Ownership

### Legal business name

Northbrook Skilled Nursing Facility LLC

### Ownership type

For profit - Limited Liability company

### Contact info

263 Skokie Boulevard
Northbrook, IL 60062
(847) 564-0505

## Owners and managers of Grove of Northbrook,the

**OWNER**
5% or greater direct ownership interest

### DOROS GENERATION TRUST U/A/D 1/3/12 (50%)

since 05/03/2017

### GPN FAMILY TRUST U/A/D 04/28/08 (50%)

since 05/03/2017

Case: 1:25-cv-04443 Document #: 109-4 Filed: 08/14/25 Page 12 of 21 PageID #:580

OPERATIONAL/MANAGERIAL CONTROL

## LEGACY HEALTHCARE FINANCIAL SERVICES LLC

since 11/07/2017

# EXHIBIT B

## Grove of Skokie, The

# Ownership



### Legal business name

Skokie Skilled Nursing Facility, LLC

### Ownership type

For profit - Limited Liability company

### Contact info

9000 LA Vergne Avenue
Skokie, IL 60077
(847) 679-2322

## Owners and managers of Grove of Skokie, The

**OWNER**
5% or greater direct ownership interest

### DOROS GENERATION TRUST U/A/D 1/3/12 (50%)

since 05/03/2017

### GPN FAMILY TRUST U/A/D 04/28/08 (50%)

since 05/03/2017

## OPERATIONAL/MANAGERIAL CONTROL

### LEGACY HEALTHCARE FINANCIAL SERVICES LLC

since 11/07/2017

# EXHIBIT C

Case: 1:25-cv-04443 Document #: 109-4 Filed: 08/14/25 Page 17 of 21 PageID #:585

Avantara Libertyville

# Ownership

×

### Legal business name

Libertyville Skilled Nursing Facility, LLC

### Ownership type

For profit - Corporation

### Contact info

1500 South Milwaukee Avenue
Libertyville, IL 60048
(847) 816-3200

## Owners and managers of Avantara Libertyville

**OWNER**
5% or greater direct ownership interest

### DOROS GENERATION TRUST U/A/D 1/3/12 (26%)

since 02/01/2023

### GPN FAMILY TRUST U/A/D 04/28/08 (60%)

since 02/01/2023

### OAKWAY OPERATIONS LLC (15%)

since 02/01/2023

**OPERATIONAL/MANAGERIAL CONTROL**

### LEGACY HEALTHCARE FINANCIAL SERVICES LLC

since 02/01/2023

# EXHIBIT D

| ENROLLMENT ID | ASSOCIATE ID | ORGANIZATION NAME | ASSOCIATE ID - OWNER | ORGANIZATION NAME - OWNER | DOING BUSINESS AS NAME - OWNER | ASSOCIATION DATE - OWNER |
|---|---|---|---|---|---|---|
| O20130108000184 | 749433449 | PARK VIEW REHAB CENTER, LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 12/1/2012 |
| O20140407000398 | 6002048030 | AURORA PAC LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 1/1/2017 |
| O20140409000003 | 4587896436 | LONG GROVE PAC LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 1/1/2017 |
| O20140716001922 | 6002032604 | WARREN BARR NORTH SHORE LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 1/1/2018 |
| O20140818000600 | 4789801655 | AVANTARA PARK RIDGE, LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 1/1/2017 |
| O20151202003069 | 345540969 | LINCOLN PARK SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 5/3/2017 |
| O20151203000309 | 2062712698 | ELMBROOK SKILLED NURSING FACILITY, LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 5/3/2017 |
| O20151203003449 | 8820398423 | EVANSTON SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 5/3/2017 |
| O20151204002172 | 3072813526 | ASTORIA PLACE SKILLED NURSING FACILITY, LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 5/3/2017 |
| O20151204002542 | 3173823630 | LAKEFRONT SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 5/3/2017 |
| O20151207000325 | 143520619 | SKOKIE SKILLED NURSING FACILITY, LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 5/3/2017 |
| O20151208002582 | 5395046783 | GROVE AT THE LAKE SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 5/3/2017 |
| O20151210000272 | 4880995174 | NORTHBROOK SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 5/3/2017 |
| O20151210000491 | 1557662848 | CHALET SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 5/3/2017 |
| O20160128001871 | 1658674445 | LAGRANGE SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 5/30/2017 |
| O20160215001081 | 9032413844 | CARLTON SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 5/3/2017 |
| O20161122001219 | 9830478460 | CLARK SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 1/1/2017 |
| O20161206000710 | 5294015426 | SOUTH LOOP SKILLED NURSING FACILITY, LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 5/3/2017 |
| O20181011002443 | 2365794708 | ST CHARLES SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 8/31/2018 |
| O20181011002443 | 2365794708 | ST CHARLES SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 8/31/2018 |
| O20181101000883 | 3971856345 | ELGIN SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 10/1/2018 |
| O20190402000209 | 9830430800 | BERWYN SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 2/1/2019 |
| O20190826001446 | 5092043232 | CLARK CITY SD SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 7/1/2019 |
| O20190826003201 | 3870821044 | REDFIELD SD SKILLED NURSING FACILITY, LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 7/1/2019 |
| O20190826003555 | 4082942263 | RC NORTH SD SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 7/1/2019 |
| O20190827000849 | 4284962499 | SAINT CLOUD SD SKILLED NURSING FACILITY, LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 7/1/2019 |
| O20190827001390 | 7911235130 | WATERTOWN SD SKILLED NURSING FACILITY, LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 7/1/2019 |
| O20190827002457 | 3173851219 | IPSWICH SD SKILLED NURSING FACILITY, LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 7/1/2019 |
| O20190827002851 | 1658609706 | MOUNTAIN VIEW SD SKILLED NURSING FACILITY,LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 7/1/2019 |
| O20190827003655 | 941538003 | PIERRE SD SKILLED NURSING FACILITY, LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 7/1/2019 |
| O20190828002589 | 8628306651 | LAKE NORDEN SD SKILLED NURSING FACILITY, LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 7/1/2019 |
| O20190828003995 | 9032447099 | ARROWHEAD SD SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 7/1/2019 |
| O20190828004245 | 8628306685 | GROTON SD SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 7/1/2019 |
| O20190829001762 | 9739417734 | MILBANK SD SKILLED NURSING FACILITY, LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 7/1/2019 |
| O20191001000454 | 9234469446 | STREAMWOOD SKILLED NURSING FACILITY, LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 9/1/2019 |
| O20191001001051 | 5193055317 | WHEELING SKILLED NURSING FACILITY, LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 9/1/2019 |
| O20191108001581 | 3971935180 | NORTON SD SKILLED NURSING FACILITY, LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 10/2/2019 |
| O20191112003524 | 4981036969 | HURON SD SKILLED NURSING FACILITY, LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 10/2/2019 |
| O20201118000052 | 7012328347 | AURORA SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 11/1/2020 |
| O20210623003178 | 8921409392 | BLOOMINGDALE SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 6/1/2021 |
| O20210624000033 | 3870994163 | CHICAGO RIDGE SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 6/1/2021 |
| O20210624000175 | 8820499122 | LOMBARD SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 6/1/2021 |
| O20210624000188 | 5193126498 | SCHAUMBURG SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 6/1/2021 |
| O20210624000402 | 7113328410 | WILLOW SPRINGS SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 6/1/2021 |
| O20210624000624 | 244631554 | BUTTERFIELD SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 6/1/2021 |
| O20210624001511 | 3870994106 | LAKE ZURICH SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 6/1/2021 |
| O20210624002654 | 5799186953 | ORLAND PARK SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 6/1/2021 |
| O20210831002275 | 4880090851 | LIEBERMAN SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 8/1/2021 |
| O20210831002275 | 4880090851 | LIEBERMAN SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 8/1/2021 |
| O20220929000219 | 1153707195 | WHITEHALL SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 8/22/2022 |
| O20230322002072 | 3678947280 | LIBERTYVILLE SKILLED NURSING FACILITY, LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 2/1/2023 |
| O20230325000087 | 9830563279 | PHE SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 2/1/2023 |
| O20230328002912 | 6901270289 | PHW SKILLED NURSING FACILITY, LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 2/1/2023 |

| | | | | | |
|---|---|---|---|---|---|
| O20230328002963 | 345614624 | OAK LAWN EAST SKILLED NURSING FACILITY, LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 2/1/2023 |
| O20230531002492 | 3072970342 | UTICA SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 4/1/2023 |
| O20230605002924 | 6103283296 | CEDAR RAPIDS SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 4/1/2023 |
| O20230607001768 | 2668839697 | DAVENPORT SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 4/1/2023 |
| O20230613001069 | 8224495858 | DUBUQUE SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 4/1/2023 |
| O20230628002838 | 648639336 | DES MOINES SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 4/1/2023 |
| O20230714002457 | 446610901 | WATERLOO SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 4/1/2023 |
| O20230726002059 | 749641553 | BUFFALO GROVE SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 6/1/2023 |
| O20231205000802 | 5890143655 | FULLERTON SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 10/6/2023 |
| O20240307001299 | 9931545407 | GLENVIEW SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 12/14/2023 |
| O20240402002408 | 5496193021 | HARMONY SKILLED NURSING FACILITY LLC | 5294988994 | GPN FAMILY TRUST U/A/D 04/28/08 | GPN FAMILY TRUST U/A/D 4/28/2008 | 12/14/2023 |