# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| RAYMOND E BUTLER, II, | Case No. 1:25-cv-04443 |
| Plaintiff, | Hon. Georgia N. Alexakis |
| v. | |

ELI JACKFINN EDDI a/k/a ELY EDDI, ILANA FINN EDDI, DORINE MAGENCE, MANUEL MAGENCE, JEFFREY K. GUTMAN, NACHSHON DRAIMAN, WILLIAM KANTER, JOEL S. ROTHMAN, MOSHE SOLOVEICHIK, ALAN GREEN, JERRY CHERNEY, SHMUEL FUERST, HAROLD KATZ, SAMUEL MASLATON, DANIEL BERGMAN, IRVING BIRNBAUM, ARON STANTON, CHAIM RAJCHENBACH, RIVKA RAJCHENBACH, AVRUM RAJCHENBACH, MENACHEM SHABAT, AHUVA SHABAT, RONALD SHABAT, ERIC ROTHNER, COLMAN GINSPARG, JAMES MAINZER, MARSHALL K. BROWN, JEFFREY FINN, MEIR "AARON" COHEN, GARRY CHANKIN, NANCY ROSEN, MARK ANTEBI, BARRY ANTEBI, DAVID R. RAANAN, and ELLIOT E. ANTEBEI.

Defendants.
_____

## **NOTICE OF APPEAL AS A MATTER OF RIGHT**

Notice is hereby given that Raymond E. Butler II, the Plaintiff in the above-captioned case, hereby appeals as a matter of right to the United States Court of Appeals for the Seventh Circuit all rulings included but not limited to the Orders of the United States District Court for the Seventh Circuit, entered on August 27, 2025.

This appeal is timely filed pursuant to Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure, which requires that a notice of appeal be filed within 30 days of the entry of the order appealed from.

Jurisdiction is proper in the United States Court of Appeals for the Seventh Circuit under Rule 3(a) of the Federal Rules of Appellate Procedure, as the filing of this notice of appeal vests

jurisdiction in the appellate court.

                                                    Respectfully submitted,

/s/ _Katherine A. London_  
    Katherine A. London  
    Co-counsel for Plaintiff

/s/ _Racine Miller_  
    Racine M. Miller  
    Co-counsel for Plaintiff

Katherine A. London  
Atty No.: 102500  
100 Illinois St. Suite 200  
Saint Charles, IL. 60174  
630-507-9998  
klondon@kmfllaw.com

Racine M. Miller  
*Pro Hac Vice*  
135 N. Old Woodward Ave., Suite 270  
Birmingham, MI 48009  
Phone: 844.464.3476  
racine@themichiganlawfirm.com

### CERTIFICATE OF SERVICE

I hereby certify that on August 27,2025 I served a true and correct copy of the foregoing Notice of Appeal on all parties of record by electronic filing in accordance with Rule 25 of the Federal Rules of Appellate Procedure.

/s/ _Katherine A. London_  
    Katherine A. London  
    Co-counsel for Plaintiff

/s/ _Racine Miller_  
    Racine M. Miller  
    Co-counsel for Plaintiff

Katherine A. London  
Atty No.: 102500  
100 Illinois St. Suite 200  
Saint Charles, IL. 60174  
630-507-9998

klondon@kmfllaw.com

Racine M. Miller
*Pro Hac Vice*
135 N. Old Woodward Ave., Suite 270
Birmingham, MI 48009
Phone: 844.464.3476
racine@themichiganlawfirm.co