

FILED
5/4/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PJJ

BC

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| RAYMOND E BUTLER, II, | Case No. 1:25-cv-04443 |
| | Hon. April Perry |
| Plaintiff, | |
| | |
| v. | |
| | |
| ELI JACKFINN EDDI a/k/a ELY EDDI, ILANA FINN EDDI, DORINE MAGENCE, MANUEL MAGENCE, JEFFREY K. GUTMAN, NACHSHON DRAIMAN, WILLIAM KANTER, JOEL S. ROTHMAN, MOSHE SOLOVEICHIK, ALAN GREEN, JERRY CHERNEY, SHMUEL FUERST, HAROLD KATZ, SAMUEL MASLATON, DANIEL BERGMAN, IRVING BIRNBAUM, ARON STANTON, CHAIM RAJCHENBACH, RIVKA RAJCHENBACH, AVRUM RAJCHENBACH, MENACHEM SHABAT, AHUVA SHABAT, RONALD SHABAT, ERIC ROTHNER, COLMAN GINSPARG, JAMES MAINZER, MARSHALL K. BROWN, JEFFREY FINN, MEIR "AARON" COHEN, GARRY CHANKIN, NANCY ROSEN, MARK ANTEBI, BARRY ANTEBI, DAVID R. RAANAN, and ELLIOT E. ANTEBEI. | |
| | |
| Defendants. | |

### PLAINTIFF'S MOTION FOR EVIDENTIARY HEARING TO PLAY THE OFFICIAL AUDIO RECORDING IN OPEN COURT TO SETTLE THE RECORD OF THE APRIL 9, 2026 PROCEEDINGS

Plaintiff Raymond E. Butler, II, appearing *pro se*, moves this Court pursuant to the Court's inherent authority, 28 U.S.C. § 753, Federal Rule of Civil Procedure 1, and the Due Process Clause of the <u>Fifth Amendment</u>, for an evidentiary hearing at which the official audio recording of the April 9, 2026 proceedings on Plaintiff's Motion to Disqualify (ECF 245) shall be played in open court so that the parties, the Court, and the public may transparently settle the record and correct the materially inaccurate official transcript.

In the alternative, Plaintiff demands that the Court order the audio recording be immediately provided to Plaintiff's independent licensed court reporter to produce an independent transcript.

1

In support thereof, Plaintiff states as follows:

1. On April 29, 2026, Plaintiff filed his pro se Motion to Correct the Record of the Official Transcript of Proceedings Held on April 9, 2026 (ECF 254). That motion detailed numerous material omissions of entire sections of the proceedings, alterations of statements **actually made** on the record, and other inaccuracies in the official transcript prepared by Official Court Reporter Noreen Resendez.

2. On May 1, 2026, the Court entered a minute order (ECF 255) denying the motion. The Court claimed it had "reviewed the audio recording along with the official transcript" and dismissed Plaintiff's allegations as "patently false," asserting only "a few typographical errors" existed.

3. Plaintiff vigorously disputes the Court's private, *ex parte* review. A closed-door comparison by the very Court whose conduct is at issue does not satisfy due process and raises serious concerns about the integrity of the judicial record in this high-profile civil RICO action.

4. An accurate record is indispensable for appellate review, for the proper administration of justice, and for preserving public confidence. This is especially true in a civil RICO case, where "the object of civil RICO is 'not merely to compensate victims but to turn them into prosecutors, 'private attorneys general,' dedicated to eliminating racketeering activity.'" Rotella v. Wood, 528 U.S. 549, 557 (2000). Civil RICO is "the litigation equivalent of a thermonuclear device." Miranda v. Ponce Federal Bank, 948 F.2d 41, 44 (1st Cir. 1991). The glaring discrepancies here demand immediate transparency.

5. Plaintiff has attempted to obtain the audio recording through official channels. A true and correct copy of Plaintiff's Audio Recording Order specifically requesting the duplicate electronic file of the April 9, 2026 motion hearing before Judge April M. Perry is attached hereto as Exhibit A. A true and correct copy of Plaintiff's Audio Recording Order for the related proceedings before Judge Georgia Alexakis is attached hereto as Exhibit B.

6. In direct response, the Clerk's office stated in writing: "Hearings held before a District Court Judge are not audio recorded." A true and correct copy of that email, dated April 20, 2026, from Amanda Wiatrowski (with copies to the court reporters for Judges Alexakis and Perry), is attached hereto as Exhibit C.

7. This creates an irreconcilable and egregious factual conflict: the Court's May 1, 2026 minute order asserts that an audio recording exists and was reviewed, while the Clerk's official response declares that no such recordings are even made for District Judge hearings. This contradiction borders on the very pattern of record manipulation and concealment alleged against Judge Georgia Alexakis in the related RICO action, Case No. 1:25-cv-10904. Such conduct by the Court and its staff undermines the entire purpose of civil RICO and cannot be allowed to stand.

8. Plaintiff therefore demands that the Court schedule an evidentiary hearing at the earliest practicable date (ideally before the May 13, 2026 hearing on pending motions) at which: The Official Court Reporter Noreen Resendez and/or a representative of the Clerk's office shall appear with any and all original audio recordings (and confirm under oath);

9. Any audio shall be played in open court for all parties to hear in real time; The parties shall be permitted to identify, on the record, any omissions, alterations, or inaccuracies; and The Court Reporter shall be directed to prepare and file a corrected transcript that accurately reflects the proceedings as they actually occurred.

10. In the alternative, Plaintiff demands that the Court immediately order the Official Court Reporter Noreen Resendez and/or the Clerk of Court to provide a complete, unaltered copy of any existing official audio recording of the April 9, 2026 proceedings directly to Plaintiff's designated independent licensed court reporter (who will be identified by Plaintiff upon entry of the order). This alternative relief will permit the prompt preparation and filing of an independent, certified transcript that can be compared side-by-side with the official transcript, thereby settling the record in a transparent, arms-length, and verifiable manner free from any further court-controlled alterations.

11. Plaintiff further demands production of both audio recordings to Plaintiff and all parties so that they may prepare for the hearing and for independent review.

This relief is narrowly tailored, urgently necessary, and will prevent further delay in resolving the ongoing dispute over the accuracy of the official record while exposing any impropriety that may exist.

3

WHEREFORE, Plaintiff Raymond E. Butler, II, respectfully but firmly prays that this Court:

a. Grant this Motion for Evidentiary Hearing;

b. Schedule an evidentiary hearing at the earliest practicable date at which any official audio recording of the April 9, 2026 proceedings shall be played in open court or, in the alternative, order the immediate production of any such audio recording to Plaintiff's designated independent licensed court reporter for the preparation and filing of an independent transcript;

c. Order Official Court Reporter Noreen Resendez and/or the Clerk's office to appear at the hearing (if one is held) and to prepare and file a corrected transcript within immediately after the hearing or after receipt of the independent transcript;

d. Order production of any audio recording to Plaintiff and all parties

Dutifully submitted,

/s/ *Raymond Earl Butler II*

Raymond E. Butler II
Plaintiff, Pro Se
14320 Shirley Rd.
Baraga, MI. 49908
773-997-0328
RaymondEButler@protonmail.com

4

5

CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5 and Local Rule 5.5, I hereby certify that on May 4th, 2026, I electronically filed the foregoing PLAINTIFF'S MOTION FOR EVIDENTIARY HEARING with the Clerk of the Court using the CM/ECF system, which will automatically send electronic notification of such filing to all attorneys of record who are registered CM/ECF users.

/s/ *Raymond Earl Butler* ⅃⅃

Raymond E. Butler II
Pro Se Plaintiff
14320 Shirley Rd.
Baraga, MI. 49908
773-997-0328
RaymondEButler@protonmail.com

# EXHIBIT A

AO 436
(Rev. 04/13)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**
# AUDIO RECORDING ORDER

*Read Instructions.*

| 1. NAME RAYMOND EARL BUTLER II | | 2. PHONE NUMBER (773) 997-0328 | 3. EMAIL ADDRESS RaymondEButler@protonmail.com |
|---|---|---|---|
| 4. MAILING ADDRESS 14320 SHIRLEY RD | 5. CITY | 6. STATE | 7. ZIP CODE |
| 8. CASE NUMBER 1:25-CV-04443 | 9. CASE NAME BUTLER v. EDDI et al. | DATES OF PROCEEDINGS 10. FROM 4/9/2026 | 11. TO 4/9/2026 |
| 12. PRESIDING JUDGE APRIL PERRY | LOCATION OF PROCEEDINGS 13. CITY CHICAGO | 14. STATE ILLINOIS | |

**15. ORDER FOR**

☐ APPEAL  ☐ CRIMINAL  ☐ CRIMINAL JUSTICE ACT  ☐ BANKRUPTCY
☐ NON-APPEAL  ☒ CIVIL  ☐ IN FORMA PAUPERIS  ☐ OTHER *(Specify)*

**16. AUDIO RECORDING REQUESTED** *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION (S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY *(Specify Witness)* | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING *(Specify)* | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER *(Specify)* | |
| ☐ SENTENCING | | MOTION HEARING | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | | |
| **ESTIMATE TOTAL** | | 0.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE *Raymond Butler* | 19. DATE 4/20/2020 |
|---|---|

| PROCESSED BY | | | | PHONE NUMBER |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**  COURT COPY  ORDER RECEIPT  ORDER COPY

AO 436
(Rev. 04/13)

# INSTRUCTIONS
## GENERAL

**Use.**  Use this form to order duplicate audio recordings of proceedings.  Complete a separate order form for each case number for which audio recordings are ordered.

**Completion**.  Complete Items 1-19.  Do *not* complete shaded areas which are reserved for the court's use.

**Order Copy.**  Keep a copy for your records.

**Mailing or Delivering to the Court.**  Mail or deliver two copies to the Office of the Clerk of Court.

**Deposit Fee.**  For orders of 20 or more audio recordings, the court will notify you of the amount of the required deposit fee which may be mailed or delivered to the court.  Upon receipt of the deposit, the court will process the order.

**Delivery Time.**  Delivery time is computed from the date of receipt of the deposit fee (if requested, otherwise computed from the court's receipt date).

**Completion of Order.**  The court will notify you when the audio recordings  are completed.

**Balance Due.**  If the deposit fee was insufficient to cover all charges, the court will notify you of the balance due which must be paid prior to receiving the completed order.

## SPECIFIC

Items 1-19.    These items should always be completed.

Item 8.        Only one case number may be listed per order.

Item 15.       Place an "X" in each box that applies.

Item 16.       Check specific portion(s) and list specific date(s) of the proceedings for which a copy is requested.

Item 17.       Place an "X" in each box that applies.  Indicate the number of additional copies ordered.

Item 18.       Sign in this space to certify that you will pay all charges upon completion of the order.  (This includes the deposit plus any additional charges.)

Item 19.       Enter the date of signing.

Shaded Area.  Reserved for the court's use.

# EXHIBIT B

AO 436
(Rev. 04/13)

*Read Instructions.*

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**
# AUDIO RECORDING ORDER

| 1. NAME RAYMOND EARL BUTLER II | | 2. PHONE NUMBER (773) 997-0328 | 3. EMAIL ADDRESS RaymondEButler@protonmail.com |
|---|---|---|---|
| 4. MAILING ADDRESS 14320 SHIRLEY RD | | 5. CITY BARAGA | 6. STATE MI · 7. ZIP CODE 49908 |
| 8. CASE NUMBER 1:25-CV-04443 | 9. CASE NAME BUTLER v. EDDI et al. | DATES OF PROCEEDINGS 10. FROM 8/27/2025 | 11. TO 8/27/2025 |
| 12. PRESIDING JUDGE GEORGIA ALEXAKIS | | LOCATION OF PROCEEDINGS 13. CITY CHICAGO | 14. STATE ILLINOIS |

### 15. ORDER FOR

| | | | |
|---|---|---|---|
| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| ☐ NON-APPEAL | ☒ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* |

### 16. AUDIO RECORDING REQUESTED *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION (S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY *(Specify Witness)* | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING *(Specify)* | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER *(Specify)* | |
| ☐ SENTENCING | | MOTION HEARING | |
| ☐ BAIL HEARING | | | |

### 17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | | |
| **ESTIMATE TOTAL** | | 0.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE *Raymond Butler* | 19. DATE 4/20/2026 |
|---|---|

| PROCESSED BY | | | | PHONE NUMBER | |
|---|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | DEPOSIT PAID | | |
| DEPOSIT PAID | | | TOTAL CHARGES | | 0.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | | 0.00 |

**DISTRIBUTION:**   COURT COPY   ORDER RECEIPT   ORDER COPY

AO 436
(Rev. 04/13)

# INSTRUCTIONS
## GENERAL

**Use.** Use this form to order duplicate audio recordings of proceedings. Complete a separate order form for each case number for which audio recordings are ordered.

**Completion.** Complete Items 1-19. Do *not* complete shaded areas which are reserved for the court's use.

**Order Copy.** Keep a copy for your records.

**Mailing or Delivering to the Court.** Mail or deliver two copies to the Office of the Clerk of Court.

**Deposit Fee.** For orders of 20 or more audio recordings, the court will notify you of the amount of the required deposit fee which may be mailed or delivered to the court. Upon receipt of the deposit, the court will process the order.

**Delivery Time.** Delivery time is computed from the date of receipt of the deposit fee (if requested, otherwise computed from the court's receipt date).

**Completion of Order.** The court will notify you when the audio recordings are completed.

**Balance Due.** If the deposit fee was insufficient to cover all charges, the court will notify you of the balance due which must be paid prior to receiving the completed order.

## SPECIFIC

Items 1-19.   These items should always be completed.

Item 8.   Only one case number may be listed per order.

Item 15.   Place an "X" in each box that applies.

Item 16.   Check specific portion(s) and list specific date(s) of the proceedings for which a copy is requested.

Item 17.   Place an "X" in each box that applies. Indicate the number of additional copies ordered.

Item 18.   Sign in this space to certify that you will pay all charges upon completion of the order. (This includes the deposit plus any additional charges.)

Item 19.   Enter the date of signing.

Shaded Area.  Reserved for the court's use.

# EXHIBIT C

# Audio Orders for 1:25-cv-04443

| | |
|---|---|
| From: | CCD_ILND <CCD_ILND@ilnd.uscourts.gov> |
| To: | RaymondEButler@protonmail.com |
| Cc: | Jennifer Costales <Jennifer_Costales@ilnd.uscourts.gov> , <br> Noreen Resendez <Noreen_Resendez@ilnd.uscourts.gov> |
| Date: | 4/20/26 4:08 PM |

2 Attachments (810 kB)

Good afternoon,

Hearings held before a District Court Judge are not audio recorded. I'm including the court reporters for Judges Alexakis and Perry on this email so you can be invoiced for the transcripts.

Thank you,

Amanda Wiatrowski
Operations Training Specialist
U.S. District Court for the Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

---

**From:** RaymondEButler@protonmail.com <RaymondEButler@protonmail.com>
**Sent:** Monday, April 20, 2026 6:58 AM
**To:** CCD_ILND <CCD_ILND@ilnd.uscourts.gov>
**Subject:** Audio Orders for 1:25-cv-04443

**CAUTION - EXTERNAL:**


To whom it may concern,

Please see attached forms for audio orders.

Thank you,

Best Regards,

Raymond Butler


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.